### SAMUEL WHITNEY agt. HENRY SHUFELT.

Plaintiff's attorney is not in default for not noticing a cause for trial, where there is not sufficient time, between joining of the issue and the commencement of the circuit, to serve a notice *by mail*, the defendant's attorney residing distant from plaintiff's attorney, to wit, in another county. Plaintiff's attorney is not bound to make *personal* service in such a case.

There may be cases where a party would be bound to make personal service, as where he asks relief from a regular default, or seeks to take advantage of a technical irregularity without merits

*April Term*, 1846.

MOTION by defendant for judgment as in case of nonsuit.

Heath agt. Taylor.

The venue in this cause was in Columbia. Issue joined 23d February, 1846. A circuit was held in Columbia, commencing on the 16th of March, 1846. Plaintiff's attorney did not notice the cause for trial, for the alleged reason that there was not sufficient time left to serve a notice by mail, after joining of the issue. Defendant's attorney resided at Valatia, Columbia county, and plaintiff's attorney resided at Albany —and there being but twenty-one days from the time of joining issue to the commencement of the circuit. Plaintiff's attorney stated that he had no correspondent or agent at Valatia, by whom he could make personal service on defendant's attorney.

J. A. COLLIER, *defendant's counsel.*

C. P. SCHERMERHORN, *defendant's attorney.*

N. HILL, JR., *plaintiff's counsel.*

C. H. BRAMHALL, *plaintiff's attorney.*

BRONSON, Chief Justice. There was not time to notice by mail. Plaintiff is not in default for omitting to send a special messenger or otherwise make personal service.

There may be cases where a party would be bound to make personal service, as where he asks relief from a regular default, or seeks to take advantage of a technical irregularity without merits.

Motion denied. The question being new, no costs are allowed.